UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-05274-CBM-MAR | Date | January 2, 2025 |
| Title | *Mojica v. A Better Tomorrow Care Corp. et al..* | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| V.R. VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**          **IN CHAMBERS- ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 31, 2024, the parties filed a joint stipulation regarding notice of settlement, stating the parties "have executed a formal, mutually agreed upon written settlement agreement to memorialize the terms and conditions of the agreement, with each party to bear its own costs and attorneys' fees" and "will stipulate to dismiss this action pursuant to the Federal Rules of Civil Procedure Rule 41, with the court retaining jurisdiction to enforce the terms and conditions of the parties' written agreement," and that the parties "anticipate filing a stipulation and order for dismissal of the entire action with prejudice on or before by May 10, 2025." (Dkt. No. 53.)  The parties failed to provide any reason for why this action should not be dismissed until May 10, 2025.

Accordingly, the parties are **ORDERED TO SHOW CAUSE in writing <u>no later than January 10, 2025</u>**, why this action should not be dismissed as of the date of this Order.  The failure to file a response to this Order to Show Cause by that date shall result in dismissal of this action.

**IT IS SO ORDERED.**