UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zenaida Mojica, an individual;<br>Lydia Mojica Behrens, an individual;<br>Fair Housing Federation of Southern California, A Non-profit Organization<br><br>PLAINTIFFS,<br><br>vs.<br><br>A Better Tomorrow Care Corp;<br>Steve Kim, An Individual;<br><br>DEFENDANTS. | CASE NO: 2:24-cv-05274-CBM<br><br>**AMENDED ORDER ON JOINT STIPULATION REGARDING ORDER TO SHOW CAUSE RE: DISMISSAL**<br><br>Complaint Filed: 02/09/2024 |

The Court having reviewed the Joint Stipulation on Order to Show Cause regarding dismissal of this action filed by the parties (Dkt. No. 55), and good cause having been shown, the Order to Show Cause (Dkt. No. 54) is **VACATED**.

The action is **STAYED**, and IT IS ORDERED that the Court shall retain jurisdiction to enforce the terms of the settlement agreement. The parties shall file a joint stipulation to dismiss the action or status report re: settlement and dismissal

**no later than May 1, 2025**. A failure to do so by that date shall result in dismissal of this action.

**IT IS SO ORDERED**

DATED: January 13, 2025.

                                      Consuelo B. Marshall

                                      United States District Judge